IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:22-CV-44-JHM

BARRY RICKARD, and
MYRTLE RICKARD                                                 PLAINTIFFS

VS.

HOME DEPOT U.S.A., INC.                                          DEFENDANT

## ORDER OF DISMISSAL

The Court has received notice that the above styled case has settled. Wherefore, upon the Court now being fully and sufficiently advised:

IT IS HEREBY ORDERED AND ADJUDGED, Plaintiffs' claims against Defendant, Home Depot U.S.A., Inc., are hereby dismissed with prejudice, as settled.

ENTERED    July 20, 2022

*Joseph H. McKinley Jr., Senior Judge*
*United States District Court*

Tendered by:

/s/ Hollie B. Lindsey
Travis L. Holtrey (KY Bar No. 86224)
Hollie B. Lindsey (KY Bar No. 93171)
Foreman•Watson•Holtrey, LLP
530 Frederica Street
Owensboro, KY 42301
(270) 689-2412
*Counsel for Plaintiffs*

Distribution List

Travis L. Holtrey, Esq.                                    [     ]
Hollie B. Lindsey, Esq.
Foreman•Watson•Holtrey, LLP
530 Frederica Street
Owensboro, KY  42301
*Counsel for Plaintiffs*

Corey N. Spillers                                          [     ]
Sedgwick Claims Management Services, Inc.
2690 Cumberland Parkway, 1st Floor
Atlanta, GA  30339